IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

    Petitioner,                   No. CIV-S-09-2975 GEB KJM P

    vs.

KATHLEEN L. DICKINSON,

    Respondent.               FINDINGS AND RECOMMENDATIONS

_____/

        On May 11, 2010, the court ordered petitioner to inform the court, within 21 days, of the length of his prison sentence and whether he lost any good conduct sentence credit as a result of the prison disciplinary hearing at issue in ground one of petitioner's application for writ of habeas corpus. Petitioner was warned that failure to respond to the court's order would result in a recommendation that petitioner's application for writ of habeas corpus be dismissed. Petitioner has not responded to the court's May 11, 2010 order.

        Accordingly, IT IS HEREBY RECOMMENDED that petitioner's application for writ of habeas corpus be dismissed. See Fed C. Civ. P 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 29, 2010.

_____
U.S. MAGISTRATE JUDGE

1
nguo2975.41